UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

Max Murgas,

        Plaintiff(s),

v.                                                            CIVIL ACTION NO. 1:14cv10076 - RGS

Midland Credit Management, Inc.,

        Defendant(s).

## SETTLEMENT ORDER OF DISMISSAL

STEARNS, DJ.

The Court having been advised by counsel that the above-entitled action has settled.

It is hereby ordered that this action be dismissed without costs and without prejudice to the right of any party, upon good cause shown, to restore this action to the docket within 60 days if settlement is not consummated.

    SO ORDERED.

                                    RICHARD G. STEARNS  
                                    UNITED STATES DISTRICT JUDGE

                    BY:

                                  /s/ *Terri Seelye*

Dated: September 24, 2014               Deputy Clerk